# ALABAMA COURT OF CRIMINAL APPEALS



January 12, 2024

**CR-2023-0252**

Nicholas Warren Miranda v. State of Alabama (Appeal from Jefferson Circuit Court: CC-20-1646)

## <u>NOTICE</u>

You are hereby notified that on January 12, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk